```
1  JOSEPH SCHLESINGER, Bar #87692
   Acting Federal Defender
2  ERIC V. KERSTEN, Bar #226429
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  CHARLES ALBERT RISLEY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 1:12-cr-00363 AWI-BAM-1 |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO ADVANCE STATUS CONFERENCE AND ORDER THEREON |
| v. | ) | |
| CHARLES ALBERT RISLEY, | ) | Date:  March 11, 2013, 2013<br>Time:  1:00 p.m.<br>Judge: Honorable Barbara A. McAuliffe |
| Defendant. | ) | |

**STIPULATION**

It is hereby stipulated by and among the parties that the status conference in the above-entitled matter, now set for March 25, 2013, may be advanced to **March 11, 2013, at 1:00 p.m.**, or the soonest date thereafter that is convenient to the Court.

On February 11, 2013, this matter was continued to March 25, 2013 to allow additional time for Mr. Risley to consider the pending plea offer, and also to allow for additional defense investigation and preparation. At that time, the parties had intended to continue the matter to March 11, 2013, but it was inadvertently continued to March 25, 2013, a date when counsel is scheduled to be out of the office.

///

///

///

1  Based on the foregoing the parties request that the status conference be advanced and agree that advancing
2  the hearing date will further the ends of justice.

BENJAMIN B. WAGNER
United States Attorney

DATED: February 15, 2013              By /s/ David L. Gappa
                                         DAVID L. GAPPA
                                         Assistant United States Attorney
                                         Attorney for Plaintiff


JOSEPH SCHLESINGER
Acting Federal Defender

DATED: February 15, 2013              By /s/ Eric V. Kersten
                                         ERIC V. KERSTEN
                                         Assistant Federal Defender
                                         Attorney for Defendant
                                         CHARLES ALBERT RISLEY

**ORDER**

**IT IS SO ORDERED.**

   IT IS SO ORDERED.

   Dated:   **February 19, 2013**              **/s/ Barbara A. McAuliffe**
                                         UNITED STATES MAGISTRATE JUDGE