MCGREGOR W. SCOTT
United States Attorney
DAVID L. GAPPA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:12-CR-00363-AWI-BAM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR REDUCTION IN SENTENCE AND COMPASSIONATE RELEASE |
| v. | |
| CHARLES ALBERT RISLEY, | |
| Defendant. | |

**STIPULATION**

1. Defendant Charles Risley filed a motion for reconsideration of his motion for reduction in sentence and compassionate release on August 4, 2020. Docket Nos. 31, 34. The government's response is due by August 10, 2020, and any reply due August 12, 2020. Government counsel requests additional time to obtain records and draft the response brief.

2. Counsel for the defendant does not oppose this request.

STIPULATION AND ORDER

1

Case 1:12-cr-00363-AWI-BAM   Document 38   Filed 08/11/20   Page 2 of 3

3. Accordingly, by this stipulation, the parties now request that:

    a) The government's opposition or response to defendant's motion, Docket Nos. 31, 34, be due on August 12, 2020; and

    b) The defense reply, if any, will be due on August 14, 2020.

IT IS SO STIPULATED.

                                              McGREGOR W. SCOTT
                                              United States Attorney

Dated: August 10, 2020

                                              */s/ David L. Gappa*
                                              DAVID L. GAPPA
                                              Assistant United States Attorney

Dated: August 10, 2020

                                              /s/ *Meghan McLoughlin*
                                              MEGHAN McLOUGHLIN
                                              Counsel for Defendant

IT IS SO ORDERED.

Dated:  August 11, 2020                                               _____
                                                     SENIOR DISTRICT JUDGE

STIPULATION AND ORDER                             2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## FINDINGS AND ORDER

Based upon the stipulation and representations of the parties, the Court adopts the proposed revised briefing schedule as follows:

    a)    The government's opposition or response to defendant's motion, Docket Nos. 31, 34, is due on August 12, 2020;

    b)    The defense reply, if any, will be due on August 14, 2020.